

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00178-CV

**IN THE INTEREST OF A.H.**, N.K.L., J.A.S., and A.I.S.

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00416
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, that portion of the trial court's order terminating appellant's parental rights is REVERSED and judgment is RENDERED that the Department of Family and Protective Services' petition requesting termination of her rights is DENIED. The trial court's order terminating the parental rights of the children's individual fathers and awarding sole managing conservatorship of the children to the Department of Family and Protective Services is AFFIRMED.

SIGNED August 28, 2013.

_____
Sandee Bryan Marion, Justice